UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Jach Charles Whitman, Jr. and Vivian Powell Whitman**
S.S. Nos.: xxx-xx-7554 and xxx-xx-7280
Mailing Address: 280 Hill Road, Rougemont, NC 27572-

Case No. 10-81359

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on July 30, 2010.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: August 23, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 7/12/10
**Lastname-SS#:** Whitman-7554

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

(Retain)

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| HFC Beneficial-1st DOT | | $1,175 | ** |
| | | | ** |
| | | | ** |
| | | | ** |

(Retain)

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| HFC Beneficial-1st DOT | | $1,163 | N/A | n/a | $1,163.00 | house and land, no escrow |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

(Retain)

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Citifinancial | | $27,135 | 5.00 | $271 | $544.58 | 2006 Dodge |
| Carmax | | $5,018 | 5.00 | $50 | $100.71 | 2003 Chevrolet |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

(Retain)

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Carmax - 910 - co-signer | | $6,800 | 15.00 | $50 | $169.92 | 2002 Pontiac |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

(Retain)

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= $138 | $8,280 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$2,274** per month for **60** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **1.68** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE                    (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions

Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

# CERTIFICATE OF SERVICE

I, Charlene Ennemoser, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Charlene Ennemoser
Charlene Ennemoser

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Internal Revenue Service (ED)**
Post Office Box 21126
Philadelphia, PA 19114-0326

Cashcall
1920 Main Street
Suite 400
Irvine, CA 92614

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Citifinancial
P O Box 6931
The Lakes, NV 88901-6931

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Barbara Jackson

Citifinancial
112 Hillsboro Street
Oxford, NC 27565

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Beneficial
P O Box 5233
Carol Stream, IL 60197-5233

CitiFinancial Auto
P.O. Box 183036
Columbus, OH 43218-3036

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Capital One Bank
Post Office Box 85015
Richmond, VA 23285-5015

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Experian
P.O. Box 2002
Allen, TX 75013-2002

Capital One Bank**
Post Office Box 30285
Salt Lake City, UT 84130-0285

Dell Financial Services
P.O. Box 6403
Carol Stream, IL 60197-6403

Innovis Data Solutions
Attn: Consumer Assistance
P.O. Box 1534
Columbus, OH 43216-1534

Carmax Auto Finace
P.O. Box 3174
Milwaukee, WI 53201-3174

Discover Card***
Post Office Box 30943
Salt Lake City, UT 84130

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Carmax Auto Finance
Post Office Box 440609
Kennesaw, GA 30160

Duke University Hospital
Post Office Box 70841
Charlotte, NC 28272-0841

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Cash Jar
C/O Henderson Weinstein Wyatt &
Associates Inc
5140 Main Street, Ste 303-129
Buffalo, NY 14221

Durham Internal Medicine
4205 Ben Franklin Blvd
Durham, NC 27704

Durham Regional Hospital
and Emergency Medical Service
402 Stadium Drive
Durham, NC 27704

Durham Regional Hospital
Post Office Box 70841
Charlotte, NC 28272-0841

E-Recovery Solutions
1650 Cambria Street, NE
Christiansburg, VA 24073

Employment Security Commission
Unemployment Insurance Division
Post Office Box 25903
Raleigh, NC 27611-5903

HFC***
Post Office Box 3425
Buffalo, NY 14240-9733

Home Depot **
P.O. Box 653000
Dallas, TX 75265-3000

Internal Revenue Service (MD)**
Post Office Box 21126
Philadelphia, PA 19114-0326

JC Penney
Post Office Box 981131
El Paso, TX 79998

John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Legal Helpers Debt Resolution, LLC
18400 Van Karmen Ste 1100
Irvine, CA 92612

Lowe's/GEMB
Attn: Bankruptcy Department
P.O. Box 103104
Roswell, GA 30076

Macy's **
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040

NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002

Person County Tax Collector
105 South Main Street
P.O. Box 1701
Roxboro, NC 27573

RCS
Post Office Box 7229
Westchester, IL 60154

Revenue Cycle Solutions
Post Office Box 7229
Westchester, IL 60154-7229

Revenue Cycle Solutions
Post Office Box 1022
Wixom, MI 48393-1022

Revenue Cycle Solutions, Inc.
CSRECS01
PO Box 1022
Wixom, MI 48393-1022

Schewels Furniture Co.**
P.O. Box 920
Roxboro, NC 27573

Sears National Bankruptcy Center
Post Office Box 20363
Kansas City, MO 64195-0363

Target National Bank**
c/o Target Credit Services
P.O. Box 1581
Minneapolis, MN 55440-1581

The CBE Group, Inc.
Post Office Box 2547
Waterloo, IA 50704-2547

Triangle Heart Associates PA
2609 North Duke Street
Building 700
Durham, NC 27704

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

Walmart
C/O GE Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA 30076

Wells Fargo Card Services
Post Office Box 522
Des Moines, IA 50302-9907

Zwicker & Associates
Post Office Box 5820
Troy, MI 48007-5820