C-13-IRS(Motion)  
(Rev. 10/06)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: James Charles Whitman, Jr.   SS# xxx-xx-7554   )   **Motion and Notice**
     Vivian Powell Whitman   SS# xxx-xx-7280   )   **Chapter 13**
                                           )
                                           )   No:   B-10-81359 C-13D
                                           )
                          Debtor(s)   )

The Standing Trustee respectfully moves the Court for an order as follows:
The Plan was confirmed on    November 12, 2010
The debtor(s)  (x) own real estate with equity before allowable exemptions of approximately   $0.00
                ( ) own no real estate.
                (x) own personal property with equity before allowable exemptions of approximately   $7,700.00
The liquidation value of the debtor(s) estate before allowance for exemptions is   $7,700.00
The IRS has filed:    ( ) a. secured priority claim for
                          ( ) b. unsecured priority claim for
                          ( ) c. unsecured general claim for
                          (x) d. administrative claim for   $776.47 (2010 taxes)

I recommend that the claim(s) of the IRS be allowed as follows as the value to be distributed on the claim(s) is not less than would have been paid on such claim(s) in a Chapter 7 liquidation and that the total plan payment be treated as follows:
( ) a.  Secured claim of _____ to be paid _____ per month with interest at ___% per annum.
( ) b.  Unsecured priority claim of _____ to be paid _____ per month with (x) no interest
      ( ) interest at ___% per annum.
( ) c.  Unsecured general claim of
(x) d.  Administrative priority claim of $776.47 to be paid pro rata monthly with allowed priority claims
(x) e.  The total sum required to be paid in during the life of the plan ( ) be increased to _____
      (x) remain as scheduled.
( ) f.  

Date:  June 14, 2011                                                                           s/Richard M. Hutson, II
       ltp                                                                                          Standing Trustee

---

## NOTICE

TAKE NOTICE THAT any interested party who has an objection to the Motion MUST FILE A WRITTEN OBJECTION on or before July 17, 2011, with the parties named on the attached Parties to be Served list and with the U.S. Bankruptcy Court at the following address:

*101 S. Edgeworth Street*
*Greensboro, NC 27401*

If no objections are filed within the time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on July 28, 2011, at 11:00 a.m., at the following location:

*Courtroom,*
*Venable Center*
*Dibrell Building, Suite 280*
*302 East Pettigrew Street*
*Durham, NC 27701*

Date:  June 6, 2011                                                                 OFFICE OF THE CLERK
                                                                                U.S. Bankruptcy Court

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**10-81359**

James Charles Whitman, Jr.
Vivian Powell Whitman
280 Hill Road
Rougemont, NC 27572

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2303 Meadowview Road
Insolvency, Mail Stop 9
Greensboro, NC 27407

U S Attorney
PO Box 1858
Greensboro, NC 27402