C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

In Re: James Charles Whitman, Jr.    SS# xxx-xx-7554    )
      Vivian Powell Whitman       SS# xxx-xx-7280    )
                                                           )
                                                           )  No: B-10-81359 C-13D
                                                           )
                                Debtor(s)       )

## ORDER

       This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to allow the Internal Revenue Service ("IRS") an administrative priority claim in the amount of $776.47 for 2010 taxes to be paid pro rata with allowed priority claims and there being no filed objection to the Motion within the time period set forth in the Notice issued on June 14, 2011 by the Clerk of Court setting July 17, 2011 as the deadline for filing objections to the Motion, and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is

       ORDERED that the IRS is allowed an administrative priority claim in the amount of $776.47 for 2010 taxes to be paid pro rata monthly with allowed priority claims.

# PARTIES TO BE SERVED
## PAGE 1 OF 1
## 10-81359

James Charles Whitman, Jr.
Vivian Powell Whitman
280 Hill Road
Rougemont, NC 27572

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
2303 Meadowview Road
Insolvency, Mail Stop 9
Greensboro, NC 27407

U S Attorney
PO Box 1858
Greensboro, NC 27402